UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

NINGBO HOME EXPO COMPANY, LTD., : 08-CV-2066 (ARR)(RLM)

                         Plaintiff,

    -against- : NOT FOR
PRINT OR ELECTRONIC
LIFE SYSTEMS IMPORTS, INC., : PUBLICATION

                       Defendant. : ORDER

------------------------------------------------------------------ X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 16, 2010 from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for default judgment against defendant Life Systems Imports is granted, and plaintiff is awarded a principal amount of $130,325.00, plus $186.81 in pre-judgment interest, post-judgment interest as calculated in accordance with 28 U.S.C. § 1961(a), and $350.00 in costs.

SO ORDERED.

/S/
―――――――――――――――
Allyne R. Ross
United States District Judge

Dated: April 9, 2010
      Brooklyn, New York

SERVICE LIST:

>	Plantiff's Attorney
>	Steven G. Legum
>	170 Old Country Road
>	Mineola, NY 11501
>
>	Defendant
>	Life System Imports, Inc.
>	Attn: Steve Laniado
>	34 34th Street
>	Brooklyn, NY 11232
>
>	cc:
>	Life System Imports, Inc.
>	2112 Coney Island Avenue
>	Brooklyn, NY 11223

cc:	Magistrate Judge Mann